ficient to support the verdict is unpreserved, his claim that the verdict was against the weight of the evidence is beyond our power to review, and his ineffective assistance of counsel claim is without merit.

Concur: Chief Judge KAYE and Judges CIPARICK, ROSENBLATT, GRAFFEO, READ, SMITH and PIGOTT.

---

In the Matter of E.S., Respondent, v P.D., Appellant.

Submitted December 11, 2006; decided December 14, 2006

Motion by Eliot Spitzer, Attorney General of the State of New York, treated as a motion for an order pursuant to Executive Law § 71, permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect.

---

In the Matter of NEW YORK CITY TRANSIT AUTHORITY, Appellant, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents.

Submitted November 20, 2006; decided December 14, 2006

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BRATTON, Appellant.

Submitted November 27, 2006; decided December 14, 2006

Motion for assignment of counsel granted and Diane V. Bruns, Esq., care of LoPinto, Schlather, Solomon & Salk, Esqs., 200 East Buffalo Street, P.O. Box 353, Ithaca, New York 14851 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ABEL ROSAS, Respondent.

Submitted November 20, 2006; decided December 14, 2006